AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Robert Bowers | ) | Case No. 18-1396 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 27, 2018__ in the county of __Allegheny__ in the __Western__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 247(a)(2) and 247(d)(1) (Counts 1-11) | Obstruction of Exercise of Religious Belief Resulting in Death |
| 18 U.S.C. 924(c)(1)(A) / 924(j)(1) (Counts 12-22) | Use of a Firearm to Commit Murder During and in Relation to a Crime of Violence |
| 18 U.S.C. 247(a)(2) and 247(d)(3) (Counts 23-26) | Obstruction of Exercise of Religious Belief Resulting in Bodily Injury to a Public Safety Officer |
| 18 U.S.C. 924(c)(1)(A)(iii) (Counts 27-29) | Use and Discharge of a Firearm During and in Relation to a Crime of Violence |

This criminal complaint is based on these facts:

SEE ATTACHED.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Brian Collins, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/27/2018

_____
*Judge's signature*

City and state: Pittsburgh, Pennsylvania

Judge Robert Mitchell
*Printed name and title*