# RECORD OF MAGISTRATE'S PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET #: 18-1396M |
| vs | DATE OF COMPLAINT: 10/27/2018 |
| ROBERT BOWERS | CRIMINAL DOCKET NUMBER: |
| | DATE OF INDICTMENT: |
| | STATUTE: 18:247, 18:924 |

DATE ARRESTED: 10/27/2018

## INITIAL APPEARANCE

| Before Magistrate | | |
|---|---|---|
| [ ] LENIHAN | [ ] EDDY | Date: 10/29/2018 |
| [X] MITCHELL | [ ] BAXTER | Time: 1:30 p.m. |
| [ ] KELLY | [ ] PESTO | |

C.D. #: 
C.D. Index: COURT REPORTER / RICHARD FORD (handwritten)

U. S. ATTORNEY: TROY RIVETTI, ESQ. & SOO SONG, ESQ.          MICHAEL NOVARA, ESQ. FOR DEFENDANT

1. **RIGHTS EXPLAINED**

2. **COMPLAINT:**
   - [ ] Read
   - [ ] Summarized
   - [X] Reading waived
   - [X] Defendant provided with a copy of the charges
   - [ ] Defendant to be provided with a copy of the charges as soon as possible

3. **ACT & PENALTIES**
   - [ ] Read
   - [ ] Summarized
   - [X] Reading waived

4. **COUNSEL**
   - [X] Defendant requested appointment
   - [ ] Defendant waived appointment
   - [ ] Defendant represented by: ____
   - [ ] Defendant expects to retain: ____
   - [X] Affidavit executed.
   - [ ] Not Qualified
   - [X] Qualified
   - [ ] with possible requirement for partial or full payment
   - [X] Federal Public Defender appointed
   - [ ] CJA Panel Attorney ____ appointed

5. **BAIL**
   - Recommended Bond: DETENTION
   - Bond Set at: ____
   - [ ] By Consent
   - [ ] Additional Conditions Imposed: ____
   - [ ] By Magistrate
   - [ ] Bond Posted
   - [ ] Temporary Commitment issued
   - [ ] Final Commitment issued
   - Bond Review Hearing Set For: ____
   - Detention Hearing Set For: DETENTION HEARING WAIVED

6. **PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT** (circled)
   - Preliminary Exam/Rule 40/Arraignment set for: 11-1-18 AT 10:00 AM   Before Magistrate JUDGE MITCHELL

ADDITIONAL COMMENTS: ____